UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEON GREENHILL,<br><br>Petitioner,<br><br>v.<br><br>WARREN L. MONTGOMERY, Warden,<br><br>Respondent. | No. 1:18-cv-01578-LJO-JLT (HC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION TO DISMISS PETITION FOR VIOLATION OF STATUTE OF LIMITATIONS<br><br>(Doc. 7.) |

On November 16, 2018, Petitioner filed the instant habeas petition. The Court conducted a preliminary review of the petition and determined that the petition appeared to be untimely. On November 21, 2018, the Court directed Petitioner to show cause why the petition should not be dismissed for violation of the statute of limitations. On December 11, 2018, Petitioner responded to the order to show cause. Upon review of Petitioner's response, the Court concluded that the petition was untimely and issued Findings and Recommendations to dismiss the petition. On December 21, 2018, Petitioner filed objections. In light of Petitioner's objections, the Court will vacate the Findings and Recommendations. By separate order, the Court will order the parties to brief the issue of custody.

///

///

///

1

**ORDER**

Accordingly, the Court ORDERS that the Findings and Recommendations issued on December 12, 2018 (Doc. 7), are VACATED.

IT IS SO ORDERED.

Dated: **January 9, 2019**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE